IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH COLLINS, | : | CIVIL ACTION |
| v. | : | |
| MICHAEL NUTTER; LOUIS GIORLA; and JOHN DELANEY | : | No. 13-1848 |

ORDER

AND NOW, this 4th day of February, 2015, upon consideration of plaintiff's complaint (paper no. 5), defendants' motion to dismiss for failure to state a claim (paper no. 12), and plaintiff's response to defendants' motion to dismiss (paper no. 13), and for the reasons set forth in the accompanying memorandum, it is **ORDERED:**

1. Defendants' motion to dismiss plaintiff's complaint is **GRANTED**.

2. Plaintiff is given leave to file and serve an amended complaint stating a plausible claim against viable defendants under 42 U.S.C. § 1983 **on or before March 23, 2015**. Failure to do so will result in the dismissal of this action.

/s/ Norma L. Shapiro
───────────────────────────
Norma L. Shapiro
United States District Judge